UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

FILED

2008 JAN -3 P 1: 33

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:05-CR-77 |
| ) | |
| TRACY ELIZABETH CARTER ) | |

# ORDER

This criminal matter is before the Court to address the unopposed motion to suspend the payment of restitution until the defendant's term of supervised release. [Doc. 35]. 18 U.S.C.A. § 3572 provides:

> (d) Time, method of payment, and related items.--(1) A person sentenced to pay a fine or other monetary penalty, including restitution, shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installments. If the court provides for payment in installments, the installments shall be in equal monthly payments over the period provided by the court, unless the court establishes another schedule.

Accordingly, in the interest of justice, it is hereby **ORDERED** that the defendant's motion in regard to restitution is **GRANTED** and that the judgment in this cause in regard to this defendant is **AMENDED** as follows:

1. Under the heading "Schedule of Payments" at page 9 of the "Judgment in a Criminal Case," this section is **AMENDED** to add:

D  Payment in monthly installments of the total sum of $5,235.70 in restitution over a period of 3 years to commence 30 days after release from imprisonment to a term of supervision.

2. Under the heading "Schedule of Payments" at page 9 of the "Judgment in a Criminal Case," this section is **AMENDED** to **DELETE**:

F  Special instruction regarding the payment of criminal monetary penalties: You shall pay financial penalty that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release. The government may enforce the full amount of restitution ordered at any time pursuant to 18 U.S.C. §§ 3612, 3613, and 3664(m).

3. All other aspects of the judgment will remain the same.

ENTER:

_____
J. RONNIE GREER
UNITED STATES DISTRICT JUDGE